IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV324-W

| | |
|---|---|
| HOWA TRADING, LLC, MURTENSEE TRADING, LLC, and TIFFANY TRADING, LLC, | )<br>)<br>) |
| Plaintiffs, | )      **ORDER** |
| v. | ) |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Plaintiffs' three "Verified Motion[s] for Special Admission Pro Hac Vice" (document ##3-5) filed August 16, 2007, requesting admission of Attorneys Paul J. Kozacky, Jerome R. Weitzel, and John M. Sheldon to represent the Plaintiffs. For the reasons set forth therein, the motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.          Signed: August 16, 2007



Carl Horn, III
United States Magistrate Judge